IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 94-cv-01538-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID R. WESTLEY,

    Defendant,

    and

WILD OATS MARKET, INC.,

    Garnishee.

**ORDER DISMISSING WRIT OF GARNISHMENT**

THIS MATTER comes before the Court on the Plaintiff's Motion to Dismiss Writ of Garnishment (docket #32), filed June 26, 2009. After carefully reviewing the file in the above-captioned case, I find that the motion should be granted. Accordingly, it is

ORDERED that the Plaintiff's Motion to Dismiss Writ of Garnishment (docket #32) is **GRANTED.** The Writ of Garnishment directed to Wild Oats Market, Inc. Is hereby **DISMISSED.**

Dated: September 18, 2009

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge